UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA A. RUBALCABA, *individually and on behalf of all those similarly situated*,<br><br>                    Plaintiff,<br><br>v.<br><br>QVC, INC.,<br><br>                    Defendant. | Case No. 1:25-cv-00129-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 7) |

On April 18, 2025, Plaintiff filed a notice voluntarily dismissing "Plaintiff's individual claims against Defendant . . . *with* [p]rejudice" and "[t]he claims of the putative class members . . . *without* prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as Defendant has not filed either an answer or a motion for summary judgment. (ECF No. 7, p. 1).

Accordingly, in light of the voluntary dismissal, Plaintiff's individual claims have been dismissed with prejudice and the putative class claims without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to terminate any pending dates and deadlines and to close the case.
IT IS SO ORDERED.

Dated:  **April 21, 2025**                    /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE